EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Michaelangelo Rosario Vázquez | 2018 TSPR 116 <br><br> 200 DPR ____ |

Número del Caso: TS-11,114


Fecha:   27 de junio de 2018


Abogada del peticionario:

   Lcda. Margarita Carrillo Iturrino




Materia:  Reinstalación al ejercicio de la abogacía.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Michaelangelo Rosario Vázquez          TS-11,114

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de junio de 2018.

Examinada la *Moción Solicitando la Reinstalación al Ejercicio de la Abogacía* presentada el 18 de abril de 2018 por el Sr. Michaelangelo Rosario Vázquez, mediante la cual acreditó haber tomado los .40 créditos de educación jurídica continua en materia de ética según dispuesto en nuestra Resolución del 27 de marzo de 2018, se autoriza su reinstalación al ejercicio de la abogacía.

Se le advierte al Lcdo. Michaelangelo Rosario Vázquez que deberá cumplir puntualmente con los requisitos del Programa de Educación Jurídica Continua.

A base de lo anterior, se reactiva la Queja AB-2015-400, la cual fue archivada administrativamente por motivo de su suspensión de la profesión legal, y se le concede al licenciado Rosario Vázquez un término de veinte (20) días, a partir de la notificación de esta Resolución, para expresarse en torno al Informe de la Procuradora General en ese proceso. Se le apercibe que de no comparecer en dicho término tomaremos una determinación en el asunto sin el beneficio de su comparecencia.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres daría trámite a investigar la queja pendiente AB-2015-400, y la adjudicaría antes de considerar la solicitud del peticionario. La Jueza Presidenta Oronoz Rodríguez no intervino.


                        Juan Ernesto Dávila Rivera
                     Secretario del Tribunal Supremo